STATE of Missouri, Respondent,

v.

Francis Laroy BOSTER, Appellant.

No. WD 69163.

Missouri Court of Appeals,
Western District.

June 16, 2009.

Kent Denzel, Columbia, MO, for Appellant.

Shaun J. Mackelprang, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, C.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

## ORDER

PER CURIAM:

Mr. Francis Boster appeals his conviction by jury trial for arson in the second degree. On appeal, Mr. Boster contends that the evidence presented at trial was insufficient for conviction and that the trial court abused its discretion in allowing expert testimony from an unqualified witness.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

James M. RUTHERFORD, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 69117.

Missouri Court of Appeals,
Western District.

June 16, 2009.

Appellant acting pro se.

Shaun Mackelprang and Mary H. Moore, Jefferson City, MO, for respondent.

Before JAMES M. SMART, JR., P.J., JOSEPH M. ELLIS, and JAMES E. WELSH, JJ.

## *Order*

PER CURIAM:

James M. Rutherford appeals the circuit court's order denying his Rule 29.15 motion in which he alleged that he received ineffective assistance of counsel.

Having carefully considered the contentions on appeal, we find no grounds for reversing the decision. Publication of a formal opinion would not serve jurisprudential purposes or add to understanding of existing law. The judgment is affirmed. Rule 84.16(b).